

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:      In re Robinson Helicopter Company, Inc.

Appellate case number:      01-15-00594-CV

Trial court case number:      2014-34635

Trial court:      11th District Court of Harris County

     On July 8, 2015, relator, Robinson Helicopter Company, Inc., filed a petition for a writ of mandamus. Relator also has filed a motion for emergency stay, requesting a stay as to the trial court's order compelling production of documents reflecting relator's net worth. The motion is **denied**.

     It is so ORDERED.

Judge's signature: /s/ <u>Russell Lloyd</u>
                 ☒ Acting individually     ☐ Acting for the Court

Date: July 10, 2015